NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1216, -1254

AVID IDENTIFICATION SYSTEMS, INC.,

Plaintiff-Appellant,

v.

THE CRYSTAL IMPORT CORPORATION,
DATAMARS SA, and DATAMARS, INC.,

Defendants.

Appeals from the United States District Court for the Eastern District of Texas in case no. 2:04-CV-183, Judge T. John Ward.

ON MOTION

## O R D E R

Avid Identification Systems, Inc. moves to recall the mandate and for reconsideration of the court's order dismissing this appeal for failure to file a corrected opening brief, the corrected opening brief now having been submitted.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motions are granted.  The mandate is recalled, the dismissal order is vacated, and the case is reinstated.

(2)    Because it appears that no party will be participating as an appellee, the revised official caption is reflected above.  If the appellant intends to file a joint appendix, the appendix is due within 14 days of the date of filing of this order.

FOR THE COURT

**JUN 23 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  John W. Thornburgh, Esq.
     Mark A. Hannemann, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 23 2009

JAN HORBALY
CLERK